MOTION GRANTED
*Kevin H. Sharp* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JOHN T. TAYLOR and <br> MICHAEL J. DOOLEY, <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiff, <br><br> v. <br> TROJAN LABOR OF <br> NASHVILLE, LLC, <br> d/b/a TROJAN LABOR, <br><br> Defendant. | Civil No. 3:13-cv-120 <br> Jury Demand <br> Judge Sharp |

## SECOND JOINT MOTION TO EXTEND CONDITIONAL CERTIFICATION DEADLINES

The parties respectfully move this Court to extend the deadlines associated with Plaintiffs' motion for conditional certification by two weeks. The current deadline for Plaintiffs to move for conditional certification, as set by the Court's scheduling order and extended by order of the Court, is June 28, 2013. (Dkt. Nos. 15, 27). The parties ask the Court to extend that deadline by two weeks, until July 12, 2013. The parties further ask that the Court extend Defendant's response deadline by two weeks, until July 26, 2013, and Plaintiffs' reply deadline by two weeks to August 9, 2013. As grounds for this motion, the parties state as follows:

1. On May 30, 2013, the parties participated in a settlement conference with Magistrate Judge Griffin.

2. The parties were unable to reach a settlement agreement on that date; however, the parties agreed to continue discussions, as settlement appears possible at this time.